**Mandamus Denied and Opinion Filed October 30, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01466-CV

### IN RE NEIL NOBLE, Relator

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02526-D**

## MEMORANDUM OPINION
Before Justices Moseley, Lang-Miers, and Evans
Opinion by Justice Moseley

Relator contends the trial judge erred in not granting his bill of review. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Jim Moseley/
JIM MOSELEY
JUSTICE

131466F.P05